**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01181-CV

### IN THE INTEREST OF P.M.K., MINOR CHILD

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-51588-2015**

## ORDER

Both the trial court clerk and the court reporter have informed us that appellant has not paid or made arrangements to pay for the appellate record. Accordingly, we **ORDER** appellant to provide, no later than December 7, 2015, written verification that he has either (1) paid or made arrangements to pay for the clerk's and reporter's record or (2) been found entitled to proceed without payment of costs. We caution appellant that failure to pay or make arrangements to pay for the reporter's record will result in the appeal being submitted without the reporter's record and failure to pay or make arrangements to pay for the clerk's record will result in the appeal being dismissed without further notice. *See* TEX. R. APP. P. 37.3(b), (c).

/s/     CRAIG STODDART
          JUSTICE